IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEAVIE SCOTT,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                               15-cv-681-wmc

LT. LANGE and JOHN DOE JAIL OFFICER,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice under Fed. R. Civ. P. 41(b) for plaintiff's failure to prosecute it.

/s/                                                             7/18/2016

Peter Oppeneer, Clerk of Court                      Date